# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 20-68775

GEOFFREY FARRELL ZILBERBERG )

) Chapter: 13

Debtor(s)

**Conversion of Chapter 13 to Chapter 7**

Please allow me to convert my Chapter 13 filed 2 days ago to a Chapter 7. I incorrectly filed.

Thank you

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2020 AUG 11 AM 9:48
M. REGINA THOMAS
CLERK
DEPUTY CLERK

Dated: 8/11/20

Signature: [signed]

Printed Name: GEOFFREY FARRELL ZILBERBERG

Address: 971 Davis Drive
Atlanta GA 30327

Phone: 954-325-5237

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Geoffrey Farrell Zilbersberg        Case No: 20-68775

Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __11__ day of __August__, 20__20__ I served a copy of __Conversion of Chapter 13 to Chapter 7__ which was filed in this bankruptcy matter on the __6__ day of __August__, 20__20__.

Mode of service (check one):    ⊘ MAILED        ⊘ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
Shellpoint Mortgage Services AKA NewRez

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 8/11/2020

Signature: ____

Printed Name: Geoffrey Farrell Zilbersberg

Address: 971 Davis Drive
Atlanta GA 30327
957-325-5237

Phone:

(Generic Certificate of Service – Revised 4/13)

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01262649 (RS) OF 08/11/2020


ITEM  CODE  CASE              QUANTITY                     AMOUNT    BY

  1   137   20-68775              1                        $ 25.00   Currency
            Judge  - Paul M. Baisier
            Debtor - GEOFFREY FARRELL ZILBERBERG


TOTAL:                                                     $ 25.00

Amount Tendered:                                    $      $ 30.00
Change Returned:                                    $      $  5.00


FROM: Geoffrey Farrell Zilberberg
      971 Davis Drive
      Atlanta, GA 30327
```

Page 1 of 1