UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Geoffrey Farrell Zilberberg

Case No.: 20-68775

Chapter: 7

Debtor(s)

Request for Extension of Time to Submit Documents

Please consider granting extension of time to submit second submittal of documents due on 8/20/20. Any time appreciated.

Thank You,

Geoffrey Farrell Zilberberg

Dated: 8/18/20

Signature: [signed]

Printed Name: Geoffrey Farrell Zilberberg

Address: 971 Davis Drive
Atlanta GA 30327

Phone: 954-325-5237

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _Geoffrey Farrell Zilberberg_ )     Case No: _20-68775_
_____ )     Chapter _7_
_____ )
                                )
        Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _18_ day of _August_, 20_20_, I served a copy of

_Request for extension_

which was filed in this bankruptcy matter on the _18_ day of _Aug_, 20_20_.

Mode of service (check one):   ☒ MAILED     ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

_Kathleen Steil_
_P.O. Box 1547_
_Decatur, GA 30031_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _8/18/20_         Signature: _[signed]_
                         Printed Name: _Geoffrey Farrell Zilberberg_
                         Address: _971 Davis Drive_
                                  _Atlanta GA 30327_
                                  _954-325-5237_
                         Phone:

(Generic Certificate of Service – Revised 4/13)