**IT IS ORDERED as set forth below:**



Date: January 20, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:  )  <br> ) <br> GEOFFREY FARRELL ZILBERBERG, ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) | CHAPTER 7 <br><br> CASE NO. 20-68775-pmb <br><br> JUDGE BAISIER |

**ORDER GRANTING CONSENT MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT**

This matter comes before the Court on the *Consent Motion for Approval of Compromise and Settlement* (Doc. No. 76) filed on December 22, 2020 (the "Motion"), seeking authorization for the Trustee to settle controversies between the Chapter 7 Bankruptcy Estate (the "Estate") and Redwood Residential Acquisition Corp., Newrez LLC d/b/a Shellpoint Mortgage Servicing and Heritage Select, LLC (collectively the "Settling Entities") to resolve the following pending action and any counterclaims therein asserted against the Estate: *Geoffrey Farrell Zilberberg v. Redwood Residential Acquisitions, Corp. et. al.*, Superior Court of Fulton County, Georgia, Case No.

1

2020CV339006 (the "Superior Court Case"). A notice of the opportunity to object and for hearing, scheduled for January 25, 2021, was provided pursuant to the procedures of the General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all other matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion. It is hereby

**ORDERED** that the Motion is ***GRANTED***. It is further

**ORDERED** that he Chapter 7 Trustee is authorized to compromise and settle the Estate's claims pursuant to the terms and conditions set forth in the Motion, which is hereby **approved** in all respects and incorporated herein by reference. As such, the Chapter 7 Trustee may enter into any and all documents necessary to effectuate the compromise and settlement set forth in the Motion, including dismissal with prejudice of the Superior Court Case and release of the Debtor's Lis Pendens filed and recorded on August 6, 2020 in Lien Book 4898, Page 184 of the Fulton County Records.

**END OF DOCUMENT**

Prepared and Presented by:

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031
(404) 525-4000 ext. 406
ks@orratl.com

Agreed and Consented to By:

/s/James R. Fletcher, II (*signed with express permission*)
James R. Fletcher, II
Georgia Bar No. 232541
Fletcher Law Firm, LLC
2993 Sandy Plains Rd Ste 225B
Marietta, GA 30066
Phone: (404) 409-5665
E-mail: jim@FletcherLawFirm.com
*Attorney for Heritage Select, LLC*

/s/ Soo Hong (*signed with express permission*)
Soo Hong
Georgia Bar No. 129608
Blevins & Hong, P.C.
191 Roswell Street
Marietta, GA 30060
Phone: (678) 354-2290
bk@cobbcountylaw.com
*Attorney for Heritage Select, LLC*

/s/ Keith S. Anderson (*signed with express permission*)
Keith S. Anderson
Georgia Bar No. 136246
Bradley Arrant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8714
E-mail: kanderson@bradley.com
*Attorney for Redwood Residential Acquisition Corp and
Newrez LLC d/b/a Shellpoint Mortgage Servicing*

/s/Bret Chaness (*signed with express permission*)
Bret Chaness, Esq.
GA Bar No. 720572
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Phone: (678) 281-2730
bchaness@rlselaw.com
*Foreclosure Counsel for Redwood Residential Acquisitions Corp.*

3

**DISTRIBUTION LIST**

Shawna Staton, Esq.
Office of the United States Trustee
362 Richard B. Russel Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Kathleen Steil, Trustee
P.O. Box 1547
Decatur, GA 30031

Bret Chaness, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Philip L. Rubin, Esq.
Rubin Lublin LLC
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342

Keith S. Anderson, Esq.
Bradley Arrant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Soo J. Hong, Esq.
Blevins & Hong, P.C.
191 Roswell Street
Marietta, GA 30060

James R. Fletcher, II
Fletcher Law Firm, LLC
2993 Sandy Plains Rd Ste 225B
Marietta, GA 30066

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
Building 24, Suite 350
1640 Powers Ferry Road
Marietta, GA 30067

Geoffrey Farrell Zilberberg
971 Davis Drive
Atlanta, GA 30327

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

James W. Hays, Esq.
Hays Potters & Martin, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092