# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:** 20-68775-PMB  
**Case Name:** ZILBERBERG, GEOFFREY FARRELL

**For Period Ending:** 03/31/2021

**Trustee Name:** (300610) Kathleen Steil  
**Date Filed (f) or Converted (c):** 08/11/2020 (c)  
**§ 341(a) Meeting Date:** 09/15/2020  
**Claims Bar Date:** 02/01/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 971 Davis Drive, Atlanta, GA 30327-0000, Fulton County (See Footnote) | 1,300,000.00 | 437,850.00 | | 0.00 | FA |
| 2* | Wild Wagoneer Trail, Dumont, CO (See Footnote) | 59,900.00 | 59,900.00 | | 0.00 | 59,900.00 |
| 3* | 2015 Land Rover Range Rover Sport, 25000 miles (See Footnote) | 36,000.00 | 0.00 | | 0.00 | FA |
| 4* | 2003 Land Rover Discovery S, 130000 miles (See Footnote) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | household goods and furnishings, including but not limited to major appliances, furniture, linens, kitchenware | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | electronics (four televisions, one DVD player, one laptop, two printers, one cell phone) | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | air hockey table | 200.00 | 0.00 | | 0.00 | FA |
| 8 | wearing apparel | 0.00 | 100.00 | | 0.00 | FA |
| 9 | Rolex two tone watch (gold/stainless steel, 15 years old) | 2,500.00 | Unknown | | 0.00 | Unknown |
| 10* | five dogs, two cats (See Footnote) | 0.00 | 100.00 | | 0.00 | FA |
| 11 | Cash | 1,400.00 | 0.00 | | 0.00 | FA |
| 12 | checking: Wells Fargo Bank | 50.00 | 0.00 | | 0.00 | FA |
| 13 | one share of Yelp stock | 45.00 | 45.00 | | 0.00 | FA |
| 14 | one share of Tyco stock | 45.00 | 45.00 | | 0.00 | FA |
| 15* | Lightspace Design, Inc., 100% ownership (See Footnote) | 0.00 | Unknown | OA | 0.00 | FA |
| 16 | Sea Turtle lighting patent | 0.00 | 100.00 | | 0.00 | FA |
| 17 | Ins. policies: Ambetter Georgia health insurance | 0.00 | 1.00 | | 0.00 | FA |
| 18* | lawsuit pending against Delta Light USA (See Footnote) | 0.00 | Unknown | OA | 0.00 | FA |
| 19 | interest in a Del's Lemonade franchise in North Carolina, 49% ownership | 0.00 | Unknown | | 0.00 | FA |
| 20* | Settlement of Superior Court of Fulton Co. wrongful foreclosure action (Zilberberg v. Redwood Residential et. al.) (u) (See Footnote) | 0.00 | 84,124.19 | | 84,124.19 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-2

| Case No.: | 20-68775-PMB | Trustee Name: | (300610) Kathleen Steil |
| --- | --- | --- | --- |
| Case Name: | ZILBERBERG, GEOFFREY FARRELL | Date Filed (f) or Converted (c): | 08/11/2020 (c) |
| | | § 341(a) Meeting Date: | 09/15/2020 |
| For Period Ending: | 03/31/2021 | Claims Bar Date: | 02/01/2021 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21* | Debtor's interest in CIBA International Electric Supply & Distribution, Inc. (u) (See Footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 22* | Misc. Items in Florida storage space (u) (See Footnote) | 0.00 | Unknown | OA | 0.00 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$1,408,140.00** | **$583,265.19** | | **$84,124.19** | **$59,900.00** |

| | |
| --- | --- |
| RE PROP# 1 | Property was foreclosed upon pre-petition and sold on the courthouse steps to a third party. Alleged wrongful foreclosure claim(s) regarding the property were settled (Doc. No. 79 & 90) |
| RE PROP# 2 | Land in Colorado. Value is a placeholder while Trustee continues investigation. Nothing in this Report constitutes an admission or waiver of any rights of the Estate. |
| RE PROP# 3 | Motion for Relief Granted (Doc. No. 95) |
| RE PROP# 4 | Notice of Abandonment Filed (Doc. No. 102). Awaiting time period under Rule 6007. |
| RE PROP# 10 | Notice of Abandonment Filed (Doc. No. 102). Awaiting time period under Rule 6007. |
| RE PROP# 15 | Notice of Abandonment Filed (Doc. No. 67). See Rule 6007. |
| RE PROP# 18 | Notice of Abandonment Filed (Doc. No. 67). See Rule 6007. |
| RE PROP# 20 | Settlement of Fulton County Litigation which involved: alleged wrongful foreclosure claim, turnover of excess foreclosure proceeds and release of claims (Doc. No. 76 & 79). |
| RE PROP# 21 | Notice of Abandonment Filed (Doc. No. 67). See Rule 6007. Not listed on Debtor's Schedules |
| RE PROP# 22 | Notice of Abandonment Filed (Doc. No. 67). See Rule 6007. |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 20-68775-PMB
**Case Name:** ZILBERBERG, GEOFFREY FARRELL

**For Period Ending:** 03/31/2021

**Trustee Name:** (300610) Kathleen Steil
**Date Filed (f) or Converted (c):** 08/11/2020 (c)
**§ 341(a) Meeting Date:** 09/15/2020
**Claims Bar Date:** 02/01/2021

**Major Activities Affecting Case Closing:**

4/25/2021 -  Communicating with realtor re Colorado property.  Notice of Abandonment of 2003 Land Rover and animals filed. Awaiting time period under Rule 6007.

2/18/2021 - Continuing to communicate with Dr. Everett Erickson (trustee for the Austin & Kristin Eriksson revocable living trust - purported lender on Colorado property) re payoff negotiations on Colorado property.

1/25/2021 - Debtor file pro se Motion and Amended Motion for Reconsideration of Order Granting Settlement. Drafting Trustee's Objection and Response in Opposition to Debtor's Motion.

1/20/2021 - Order entered approving Settlement (Doc. No. 79). Awaiting order to become final so that Lis Pendens may be released.

12/22/2020 - Motion to Approve Settlement and Compromise of Superior Court case pending. Hearing January 25, 2021.

11/20/2020 - Ordered title exam on Atlanta Property.  Communicating with parties re pending Superior Court litigation re wrongful foreclosure claim.  Correspondence sent to Lender re Colorado Property, awaiting payoff info.

11/1/2020 - Request for Bar Date Filed (Doc. 63). Awaiting entry of Same.

10/16/2020 - 341 Meeting concluded. Trustee investigating Colorado Property, Fulton Co. Superior Court Wrongful Foreclosure Litigation/excess foreclosure proceeds and Debtor's business interests.

10/07/2020 - Investigating items in Florida Warehouse/storage space.

9/18/2020 - Pending objection to Heritage's Motion for Relief. Evidentiary Hearing set for 10.7.2020.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021     **Current Projected Date Of Final Report (TFR):** 12/15/2022

| 04/29/2021 | /s/Kathleen Steil |
|---|---|
| Date | Kathleen Steil |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-68775-PMB | Trustee Name: | Kathleen Steil (300610) |
|---|---|---|---|
| Case Name: | ZILBERBERG, GEOFFREY FARRELL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8989 | Account #: | ******0800 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/21 | {20} | Rubin Lublin LLC | Excess proceeds turned over per settlement of wrongful foreclosure action (Doc. 79) | 1249-000 | 84,124.19 | | 84,124.19 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 31.46 | 84,092.73 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 148.25 | 83,944.48 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 84,124.19 | 179.71 | **$83,944.48** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 84,124.19 | 179.71 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$84,124.19** | **$179.71** | |

{ } Asset Reference(s)                                       ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-68775-PMB | **Trustee Name:** | Kathleen Steil (300610) |
| **Case Name:** | ZILBERBERG, GEOFFREY FARRELL | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8989 | **Account #:** | ******0800 Checking |
| **For Period Ending:** | 03/31/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $84,124.19 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $84,124.19 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0800 Checking | $84,124.19 | $179.71 | $83,944.48 |
| | **$84,124.19** | **$179.71** | **$83,944.48** |