**IT IS ORDERED as set forth below:**



**Date: July 13, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-68775-PMB |
| | ) | |
| GEOFFREY FARRELL ZILBERBERG, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |
| | ) | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH DEBTOR AND TO PAY DEBTOR'S EXEMPTIONS**

This matter comes before the Court on the *Joint Motion to Approve Settlement and Compromise with Debtor and to Pay Debtor's Exemptions* and *Notice of Hearing* (Doc. No. 107) filed on June 7, 2021 (the "Motion"), seeking authorization for the Trustee to settle controversies between the Chapter 7 Bankruptcy Estate (the "Estate") and the Debtor Geoffrey Farrell Zilberberg (the "Debtor") regarding the Debtor's allowed exemptions in the property commonly known as 971 Davis Drive Atlanta, GA 30327 (the "Property") including excess foreclosure proceeds recovered by the Trustee. The Trustee and Debtor request that the Debtor shall only claim and be

1

allowed a total and final exemption in the amount of $19,050.00 in the Property (including the excess foreclosure proceeds recovered by the Trustee) pursuant to O.C.G.A. §44-13-100(a)(1) and seek authorization for the Trustee to disburse said exemption funds to the Debtor. The matter came before the Court for a hearing on July 12, 2021 (the "Hearing"). No party appeared in opposition to the Motion at the Hearing. Kathleen Steil of Ogier, Rothschild & Rosenfeld, P.C. appeared at the Hearing on behalf of the Trustee. Paul Reece Marr of Paul Recee Marr, P.C. appeared at the hearing on behalf of the Debtor. Based on the foregoing, the Court finds that good cause exists to grant the relief requested in the Motion. It is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Chapter 7 Trustee is authorized to pay the Debtor his exemption in the Property (including the excess foreclosure proceeds recovered by the Trustee) in the total and final amount of $19,050.00.

**END OF DOCUMENT**

| Prepared and Presented by: | Agreed and Consented to: |
|---|---|
| /s/ Kathleen Steil | /s/ Paul Reece Marr (signed with express permission) |
| Kathleen Steil | Paul Reece Marr |
| Georgia Bar No. 598895 | Georgia Bar No. 471230 |
| *Counsel for Trustee* | *Counsel for Debtor* |
| Ogier Rothschild & Rosenfeld, P.C. | Paul Reece Marr, P.C. |
| P.O. Box 1547 | Building 24, Suite 350 |
| Decatur, GA 30031 | 1640 Powers Ferry Road |
| (404) 525-4000 x406 | Marietta, GA 30067 |
| ks@orratl.com | (770) 984-2255 |
| | Paul.marr@marrlegal.com |

**DISTRIBUTION LIST**

Kathleen Steil
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031

Jonathan Adams, Esq.
Office of the United States Trustee
362 Richard B. Russel Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
1640 Powers Ferry Road
Building 24, Suite 350
Atlanta, GA 30339

Geoffrey Farrell Zilberberg
971 Davis Drive
Atlanta, GA 30327

Soo J. Hong, Esq.
Blevins & Hong, P.C.
191 Roswell Street
Marietta, GA 30060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Pompano Lincoln Industrial, Ltd.
c/o James W. Hays, Esq.
Hays Potters & Martin, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092

U.S. Bank National Association
c/o Andrea Betts, Esq.
Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Bridge Rd, Suite 170
Duluth, GA 30097